ACCEPTED
04-14-00606-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 3:14:13 PM
KEITH HOTTLE
CLERK

NO. 04-14-00606-CV

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/27/2015 3:14:13 PM
KEITH E. HOTTLE
Clerk

**ARGO GROUP US, INC., COLONY MANAGEMENT SERVICES, INC., COLONY INSURANCE COMPANY, COLONY NATIONAL INSURANCE COMPANY, COLONY SPECIALTY INSURANCE COMPANY, COLONY AGENCY SERVICES, INC., AND ARGO GROUP INTERNATIONAL HOLDINGS, LTD.,**

**Appellants,**

**v.**

**LOUIS D. LEVINSON, INTERNATIONAL FINANCIAL GROUP, INC., GUILFORD SPECIALTY GROUP, INC., GUILFORD INSURANCE COMPANY, AND THE BURLINGTON INSURANCE COMPANY,**

**Appellees.**

**Appeal from the 221st Judicial District Court, Bexar County, Texas
Trial Court Cause No. 2014-CI-09550
Hon. Antonia Arteaga, Presiding**

**AMENDED CERTIFICATE OF COMPLIANCE FOR APPELLEES' MOTION FOR LEAVE TO FILE SUR-REPLY TO APPELLANTS' REPLY TO APPELLEES' RESPONSE TO APPELLANTS' MOTION FOR REHEARING**

DC: 5624465-6

The undersigned counsel certifies that Appellees' Sur-Reply contains 1508 words (counting all parts of the document, including footnotes). The body text is in 14 point font and footnotes are in 14 point font.

Respectfully submitted,

/s/ Julia W. Mann_____

Lawrence Morales, II
State Bar No. 24051077
The Morales Law Firm, P.C.
115 E. Travis, Suite 1530
San Antonio, TX 78205
Tel: (210) 225-0811
lawrence@themoralesfirm.com

Julia W. Mann
State Bar No. 00791171
Jackson Walker L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205
Tel: (210) 978-7700
jmann@jw.com

**ATTORNEY FOR LOUIS D. LEVINSON**

Anthony Herman
*Pro Hac Vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5280
aherman@cov.com

**ATTORNEYS FOR APPELLEES INTERNATIONAL FINANCIAL GROUP, INC., GUILFORD SPECIALTY GROUP, INC., GUILFORD INSURANCE COMPANY, AND THE BURLINGTON INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of March, 2015, a true and correct copy of the AMENDED CERTIFICATE OF COMPLIANCE FOR MOTION FOR LEAVE TO FILE SUR-REPLY was served via electronic service or email upon:

Jonathan D. Pauerstein
Stephen K. Lecholop II
Rosenthal Pauerstein
Sandoloski Agather LLP
755 E. Mulberry, Suite 200
San Antonio, Texas  78212
(210) 225-5000
(210) 354-4034 – Fax
**ATTORNEY FOR APPELLANTS**

Steven L. Manchel
Michael G. Donovan
100 River Ridge Drive, Suite 308
Norwood, MA  02062
(617) 796-8920
(617) 796-8921 – Fax
**OF COUNSEL FOR APPELLANTS**

/s/ Julia W. Mann
Julia W. Mann